**D'Andre Loverture JACKSON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 03–6089.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

D'Andre Loverture Jackson, Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

D'Andre Loverture Jackson seeks to appeal the district court's order accepting the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 (2000) petition. To be entitled to a certificate of appealability, Jackson must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). When a district court dismisses on procedural grounds, the petitioner "must demonstrate both (1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right,' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.2001) (quoting *Slack v. McDaniel,* 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). Upon independent examination of Jackson's petition, we cannot conclude that reasonable jurists would find it debatable whether the district court correctly concluded the petition was untimely. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, 154 L.Ed.2d 931, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 02–7662). Accordingly, we grant Jackson's motion to supplement his informal brief, deny a certificate of appealability, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*